AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Nevada

United States of America
v.
Steven Wark
*Defendant*

Case No. 2:11-cr-00297-LDG-PAL

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/30/11

X [signature]
*Defendant's signature*

X [signature]
*Signature of defendant's attorney*

X Angela Dows
*Printed name of defendant's attorney*

[signature]
*Judge's signature*

Lloyd D. George, U.S. District Judge
*Judge's printed name and title*

X FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 30 2011
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY