# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN WARK,<br><br>    Defendant. | Case No. 2:11-cr-00297-LDG (PAL)<br><br>**ORDER** |

The United States of America moves to consolidate (#2) the present matter with those cases that have been and will be filed in this district and arising out of the investigation of fraud committed on homeowners' associations in and around the Las Vegas, Nevada, area.

The Court has taken the motion under advisement. After taking the initial plea of the defendant in the present matter, the Court has consulted with the district judges assigned to the related cases filed in this district that arise out of the investigation of fraud. Pursuant to that consultation, the Court has determined that at this time it is not prudent to consolidate the related cases.

Accordingly,

1   THE COURT **ORDERS** that the United States of America's Motion to Consolidate
2   Related Cases (#2) is DENIED.
3
4   DATED this ___7___ day of September, 2011.
5
                                                            _____
6                                                           Lloyd D. George
                                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26